## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **WILLIAM HART** | ) | **Case Number: 1:11-cv-00020-RJD-** |
|  | ) | **RER** |
| **Plaintiff** | ) |  |
|  | ) |  |
| **vs.** | ) |  |
|  | ) |  |
| **ALLIED INTERSTATE, INC.** | ) |  |
|  | ) |  |
| **Defendant** | ) |  |
|  | ) |  |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, William Hart, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismiss the action

captioned above, with prejudice.

Warren & Vullings, LLP

BY:  /s/  Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800